UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
CHRISTOPHER EDWARDS, on behalf of himself
and others similarly situated,

                    Plaintiff,                JUDGMENT

    v.                                 24-cv-04330-DLI-JAM

CRST EXPEDITED, INC. dba CRST, THE
TRANSPORTATION SOLUTION, INC.; and
NORTH AMERICAN LOGISTICS GROUP, LLC,

                    Defendants.
----------------------------------------------------------------X

An Order of the Honorable Dora L. Irizarry, United States District Judge, having been

filed on August 2, 2024, dismissing this case for lack of subject matter jurisdiction; it is

      ORDERED and ADJUDGED that this case is dismissed for lack of subject matter

jurisdiction.

Dated: Brooklyn, New York                  Brenna B. Mahoney
       August 5, 2024                    Clerk of Court

                                     By:    */s/Jalitza Poveda*
                                          Deputy Clerk